DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ENRIQUE SOTOLONGO** and **MIRIAM SOTOLONGO,**
Appellants,

v.

**CITIZENS PROPERTY INSURANCE CORPORATION,**
Appellee.

No. 4D19-2582

[December 17, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas R. Lopane, Judge; L.T. Case No. CACE 18-007530.

Michael Espinal of Watson, Espinal & Barnard, PLLC, Miami for appellants.

Kathryn L. Ender of Lewis Brisbois Bisgaard & Smith, LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and ARTAU, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***